Mark Anthony **GONZALES**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 60680.

Court of Criminal Appeals of Texas, Panel No. 3.

Dec. 16, 1981.

Rehearing Denied Nov. 17, 1982.

Ken McLean, Houston, for appellant.

Doyle W. Neighbours, Dist. Atty., A.B. Crowther, Jr., Asst. Dist. Atty., Angleton, Robert Huttash, State's Atty., Austin, for the State.

Before ODOM, W.C. DAVIS and McCOR-MICK, JJ.

OPINION

McCORMICK, Judge.

Appellant was convicted of aggravated robbery and a jury assessed punishment at twenty-five years in the Texas Department of Corrections.

Appellant now contends that fundamental error exists in the charge. The charge is identical to that condemned by this Court in *Williams v. State,* 622 S.W.2d 95 (Tex.Cr. App.1981). Although I disagree with such conclusion, I am obligated to follow the holdings of this Court.

The judgment is reversed and remanded.